

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

TOYOTA MOTOR SALES, U.S.A., INC. )
(a California corporation) )
19001 South Western Avenue )
Torrance, California 90509 )
                               )         **00-06196**
           Plaintiff          )
                               )
           vs.                      )         Civil Action No. _____
                               )
CHARLES WHITTMAN )
(a Florida resident) )
doing business as SEATCOVER OUTLET )
534 South State Road 7 )
Plantation, Florida 33317 )
                               )
           and                   )
                               )
ANNA WHITTMAN )
(a Florida resident) )
doing business as SEATCOVER OUTLET )
534 South State Road 7 )
Plantation, Florida 33317 )
                               )
           Defendants          )

COMPLAINT FOR TRADEMARK INFRINGEMENT,
UNFAIR COMPETITION AND TRADEMARK DILUTION

(1)     This is a civil action asserting claims for trademark infringement, unfair competition and trademark dilution arising under the Federal Trademark Act, 60 Stat. 427, 15 U.S.C. § 1051 *et seq.*, and the statutes and common law of the State of Florida.

(2)     This Court has jurisdiction of the subject matter and the parties under § 39 of the Federal Trademark Act, 15 U.S.C. § 1121, and the Judicial Code, 28 U.S.C. §§ 1331, 1332(a) and (c), 1338 and 1367.



(3)     Plaintiff, Toyota Motor Sales, U.S.A., Inc. (hereinafter "Plaintiff"), is a California corporation having its principal offices at 19001 South Western Avenue, Torrance, California 90509. Plaintiff is a wholly-owned subsidiary of Toyota Jidosha Kabushiki Kaisha, a Japanese corporation also doing business as Toyota Motor Corporation (hereinafter "Plaintiff's Corporate Parent"), and is the exclusive importer and distributor of TOYOTA and LEXUS automobiles throughout the United States except the State of Hawaii.

(4)     Defendant Charles Whittman, doing business as Seatcover Outlet, is a resident of Florida having a place of business at 534 South State Road 7, Plantation, Florida 33317.

(5)     Defendant Anna Whittman, doing business as Seatcover Outlet, is a resident of Florida having a place of business at 534 South State Road 7, Plantation, Florida 33317.

COUNT I - TRADEMARK INFRINGEMENT

(6)     As a cause of action and ground for relief, Plaintiff alleges that Defendants are jointly and severally engaged in acts of trademark infringement under § 32(1) of the Federal Trademark Act, 15 U.S.C. §1114(1), and at common law, and incorporates by reference ¶¶ (1) through (5) of the complaint as part of this count.

(7)     For many years prior to the acts complained of herein, Plaintiff has been continuously engaged in the importation, distribution and sale of automobiles, utility vehicles, motor trucks and structural parts and accessories therefor which it markets throughout the United States, except the State of Hawaii.

(8)     Long prior to the acts complained of herein, Plaintiff commenced use of the trademark TOYOTA in the United States in connection with the importation, distribution and sale of automobiles, motor trucks and structural parts and accessories therefor including seat covers, floor mats, license plate frames and license plates; Plaintiff has continuously used the

trademark TOYOTA on or in connection with such goods and in the advertising and sale thereof in the United States since 1958.

(9) From 1958 to the present, sales of TOYOTA automobiles, motor trucks and structural parts and accessories therefor in the United States have exceeded Ninety Billion Dollars ($90,000,000,000), and Plaintiff has spent substantial sums in advertising such goods.

(10) Plaintiff's corporate parent is the owner of the trademark TOYOTA. Plaintiff and its corporate parent have continuously used said mark on automobiles, motor trucks, and structural parts and accessories therefor and/or in the advertising and sale thereof in interstate commerce since at least as early as March 1958.

(11) Well prior to the acts complained of herein, Plaintiff commenced use of the distinctive stylized letter T trademark (hereinafter "Stylized T Design trademark") illustrated below in the United States in connection with the importation, distribution and sale of automobiles and structural parts and accessories therefor, and Plaintiff has continuously used said trademark on or in connection with such goods in the United States since at least as early as 1990:



(12) Plaintiff's corporate parent is the owner of the Stylized T Design trademark. Plaintiff and its corporate parent have continuously used said mark on automobiles and structural parts and accessories therefor and/or in the advertising and sale thereof in interstate commerce since at least as early as 1990.

(13) As a result of the extensive and substantial advertising and sales of automobiles and structural parts thereof and/or accessories therefor under the trademark TOYOTA and the Stylized T Design trademark, and the maintenance of premium quality standards relating thereto, said trademarks have become famous and well and favorably known to the public and the automotive trade throughout the United States as distinctive indications of origin of the products sold by Plaintiff and its corporate parent.

(14) Plaintiff's corporate parent duly registered TOYOTA as a trademark for automobiles and motor trucks in the United States Patent and Trademark Office under Registration No. 843,138, which issued January 30, 1968 and has been duly renewed.

(15) Plaintiff's corporate parent duly registered TOYOTA as a trademark for automobiles, motor trucks, forklift trucks, towing tractors, and structural parts for said goods in the United States Patent and Trademark Office under Registration No. 1,274,261 which issued April 17, 1984 and has been duly renewed.

(16) Plaintiff's corporate parent duly registered TOYOTA as a trademark for a wide variety of automotive structural parts, automotive accessories and other products, including floor mats and carpets in the United States Patent and Trademark Office under Registration No. 1,721,365 which issued October 6, 1992 and has been duly renewed.

(17) Plaintiff's corporate parent duly registered the Stylized T Design trademark illustrated above for automobiles and structural parts thereof in the United States Patent and Trademark Office under Registration No. 1,797,716, which issued October 12, 1993 and has been duly renewed.

(18) Registration No. 843,138, 1,274,261, 1,721,365 and 1,797,716 are *prima facie* evidence of the validity and ownership thereof and is constructive notice of the ownership of the

trademark TOYOTA and the Stylized T Design trademark all as provided by §§ 7(b) and 22 of the Federal Trademark Act, 15 U.S.C., §§ 1057(b) and 1072. Registration No. 843,138, 1,274,261, 1,721,365 and 1,797,716 also have achieved incontestable status and therefore are conclusive evidence of the validity of the trademarks TOYOTA and the Stylized T Design and Plaintiff's and its corporate parent's exclusive right to use TOYOTA and the Stylized T Design, for the products covered by the respective registrations for these marks, in commerce all as provided by §§ 15 and 33(a) of the Federal Trademark Act, 15 U.S.C. §§ 1065 and 1115(a). True copies of Registration Nos. 843,138, 1,274,261, 1,721,365 and 1,797,716 are attached hereto as Appendices A-D, respectively, and made a part hereof.

(19)   Notwithstanding the well-known and prior established rights in the trademark TOYOTA and the Stylized T Design trademark, Defendants have engaged in the manufacturing, offering for sale, distribution and/or sale of seat covers, floor mats, license plate frames and license plates bearing and/or labeled with counterfeit or otherwise infringing reproductions of said trademarks. Photographs of a seat cover and license plate sold by Defendants which bear counterfeit or otherwise infringing reproductions of the trademarks TOYOTA and the Stylized T Design mark are attached hereto as Exhibits E and F, respectively, and made a part hereof.

(20)   Defendants have intentionally engaged in the manufacture, offering for sale, distribution and/or sale of seat covers, floor mats, license plate frames and license plates with knowledge that said goods bear counterfeit or otherwise infringing reproductions of the trademark TOYOTA and the Stylized T Design trademark.

(21)   Defendants have intentionally used and are using the counterfeit or otherwise infringing reproductions of the trademark TOYOTA and the Stylized T Design trademark for the

purpose of exploiting and trading upon the substantial goodwill and reputation symbolized by said trademarks.

(22) Defendants' use of the counterfeit or otherwise infringing reproductions of the trademark TOYOTA and the Stylized T Design trademark in the manufacture, offering for sale, distribution and/or sale of seat covers, floor mats, license plate frames, and license plates is likely to cause the public and the auto-motive trade to believe, contrary to fact, that such goods bearing said marks are manufactured by or emanate from, or are otherwise sponsored or approved by, Plaintiff and/or its corporate parent. Defendants' use of said counterfeit or otherwise infringing reproductions accordingly infringes the trademark TOYOTA and the Stylized T Design trademark under § 32(1) of the Federal Trademark Act, 15 U.S.C. § 1114(1), and at common law.

(23) Defendant had actual knowledge of the prior use of and exclusive rights in the trademark TOYOTA and the Stylized T Design trademark when they began selling seat covers, floor mats, license plate frames and license plates bearing counterfeit or otherwise infringing reproductions of said trademarks and has willfully and deliberately infringed said trademarks.

(24) Despite Plaintiff's repeated written objections to Defendants' use of the counterfeit and otherwise infringing reproductions of the trademark TOYOTA and the Stylized T Design trademark and Defendants' assurances that they would cease such infringing conduct, Defendants have continued to engage in the manufacture, offering for sale, distribution and/or sale of products bearing said counterfeit and infringing reproductions.

(25) Unless enjoined by this Court, Defendants will continue to infringe the trademark TOYOTA and the Stylized T Design trademark, thereby deceiving the public and the automotive

trade and causing Plaintiff immediate and irreparable injury for which it has no adequate remedy at law.

## COUNT II - UNFAIR COMPETITION

(26) As a cause of action and ground for relief, Plaintiff alleges that Defendants are jointly and severally engaged in acts of unfair competition under § 43(a)(1) of the Federal Trademark Act, 15 U.S.C. § 1125(a)(1), and at common law, and incorporates by reference ¶¶ (1) through (25) of the complaint as a part of this count.

(27) The use of counterfeit or otherwise infringing reproductions of the trademark TOYOTA and the Stylized T Design trademark by Defendants constitutes unfair competition under § 43(a)(1) of the Federal Trademark Act, 15 U.S.C. § 1125(a)(1), which is likely to confuse or deceive the public and the automotive trade as to the source, sponsorship and/or approval of the seat covers, floor mats, license plate frames and license plates sold by Defendants which bear said counterfeit or otherwise infringing reproductions thereby causing Plaintiff immediate and irreparable damage for which it has no adequate remedy at law.

(28) The nature and probable tendency and effect of Defendants' use of counterfeit or otherwise infringing reproductions of the trademark TOYOTA and the Stylized T Design trademark is to enable Defendants to confuse or deceive the public, the automotive trade and others by passing off seat covers, floor mats, license plate frames and license plates bearing said counterfeit or otherwise infringing reproductions as manufactured by or emanating from, or other-wise sponsored or approved by, Plaintiff. Such conduct constitutes unfair competition at common law and is causing and, unless enjoined, will continue to cause Plaintiff immediate and irreparable damage for which it has no adequate remedy at law.

## COUNT III - TRADEMARK DILUTION

(29)     As a cause of action and ground for relief, Plaintiff alleges trademark dilution jointly and severally by Defendants under the § 43(c) of the Federal Trademark Act, 15 U.S.C. § 1125(c), and Fla. Stat. § 495.151, and incorporates by reference ¶¶ (1) through (28) of the complaint as a part of this count.

(30)     TOYOTA and the Stylized T Design are famous trademarks within the meaning of § 43(c)(1) of the Federal Trademark Act, 15 U.S.C. § 1125(a), and had become famous long prior to Defendants' first use of the trademark TOYOTA and the Stylized T Design trademark.

(31)     Defendants use the trademark TOYOTA and the Stylized T Design trademark in such a manner as to dilute the distinctive quality of the trademark TOYOTA and the Stylized T Design trademark within the meaning of § 43(c) of the Federal Trademark Act, 15 U.S.C. § 1125(c), and Fla. Stat. § 495.151.

(32)     Unless enjoined by this Court, Defendants will continue said acts of trademark dilution, thereby causing Plaintiff immediate and irreparable damage for which it has no adequate remedy at law.

WHEREFORE, Plaintiff respectfully prays that:

(1)     The Court enter judgment that Defendants jointly and severally have infringed the trademark TOYOTA and the Stylized T Design trademark under § 32(1) of the Federal Trademark Act, 15 U.S.C. § 1114(1), and at common law;  has competed unfairly with Plaintiff under § 43(a)(1) of the Federal Trademark Act, 15 U.S.C. § 1125(a)(1), and at common law; has diluted the distinctive quality of said trademarks within the meaning of the § 43(c) of the Federal

Trademark Act, 15 U.S.C. § 1125(c) and Fla. Stat. § 495.151; and has otherwise injured Plaintiff's business reputation by using said trademarks in the manner complained of herein.

(2)  Defendants and each of their respective agents, employees, servants, attorneys, successors and assigns, and all others in privity or acting in concert therewith, be preliminarily and permanently enjoined from:

    (a)  Using the counterfeit or otherwise infringing reproductions of the trademark TOYOTA, the Stylized T Design trademark, or any other reproduction, counterfeit, copy or colorable imitation of those trademarks;

    (b)  Otherwise infringing or diluting the distinctive quality of the trademark TOYOTA and the Stylized T Design trademark; and

    (c)  Competing unfairly with Plaintiff, engaging in deceptive trade practices, or otherwise injuring Plaintiff's business reputation in the manner complained of herein.

(3)  Pursuant to § 36 of the Federal Trademark Act, 15 U.S.C. § 1118, Defendant be directed to deliver up for destruction or other disposition by Plaintiff all seat covers, floor mats, license plate frames and license plates and any other automotive accessories and other products and all advertisements, price lists, product brochures, labels, signs, prints, decals, packages, boxes, cartons, wrappers, receptacles, and all other materials in the possession, custody or under the control of Defendants which bear or are labeled with the counterfeit or otherwise infringing reproductions of the trademark TOYOTA and the Stylized T Design trademark, or any other reproductions, counterfeit, copy or colorable imitation of said trademarks and all plates, molds, matrices, and any other means of making or duplicating the same.

(4) Pursuant to § 35 of the Federal Trademark Act, 15 U.S.C. § 1117, Defendants be required in equity to account for and pay to Plaintiff three times the profits he has realized which are attributable to Defendants' acts of Trademark infringement and unfair competition.

(5) Defendants be required to pay to Plaintiff both the costs of this action and, in accordance with § 35 of the Federal Trademark Act, 15 U.S.C. § 1117, its reasonable attorneys' fees.

(6) Plaintiff be granted such other, difference and additional relief as this Court deems equitable and proper.

TOYOTA MOTOR SALES, U.S.A., INC.

By: /s/ Stanley A. Beiley
Stanley A. Beiley, Esq.
Sacher, Zelman, Van Sant, Paul, Beiley,
Hartman & Waldman, P.A.
1401 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 371-8797
Telefacsimile: (305) 374-2605
    and

Alan S. Cooper, Esq.
Eric T. Fingerhut, Esq.
Paul L. Singleton, Jr., Esq.
Shaw Pittman
2300 N Street, N.W.
Washington, D.C. 20037-1128
Telephone: (202) 663-8000
Telefacsimile: (202) 663-8007

**ATTORNEYS FOR PLAINTIFF**

# United States Patent Office

843,138
Registered Jan. 30, 1968

AFFIDAVIT SEC. 8
ACCEPTED

PRINCIPAL REGISTER
Trademark

Ser. No. 273,449, filed June 9, 1967

# TOYOTA

*renewed*

Toyota Motor Company, Ltd. (Japanese corporation)
1 Toyota-cho
Toyoda-shi, Aichi-ken, Japan

For: AUTOMOBILES AND MOTOR TRUCKS, in CLASS 19.
First use Mar. 29, 1958; in commerce Mar. 29, 1958.
The English translation of "Toyota" is "Richfield."

G. R. LEADER, *Examiner.*

Int. Cl.: 12

Prior U.S. Cls.: 19 and 23

**United States Patent and Trademark Office**

Reg. No. 1,274,261
Registered Apr. 17, 1984

**TRADEMARK**
Principal Register

ATTACHMENT / EXHIBIT $\cancel{B}$

# TOYOTA

$8\mathcal{E}_{1}^{15}$

Toyota Jidosha Kabushiki Kaisha (Japan corporation),
a.k.a. Toyota Motor Corporation
1, Toyota-cho
Toyota-shi, Aichi-ken, Japan

For: AUTOMOBILES, MOTOR TRUCKS, FORKLIFT TRUCKS, TOWING TRACTORS, AND STRUCTURAL PARTS FOR SAID GOODS, in CLASS 12 (U.S. Cls. 19 and 23).
First use Mar. 29, 1958; in commerce Mar. 29, 1958.
Owner of U.S. Reg. No. 843,138.

Ser. No. 419,516, filed Mar. 31, 1983.

THOMAS S. LAMONE, Examining Attorney

Int. Cls.: 6, 7, 8, 9, 11, 12, 14, 17, 24 and 27

Prior U.S. Cls.: 1, 8, 13, 19, 21, 23, 24, 25, 26, 27, 31, 32, 34, 35, 36, 42 and 50

**United States Patent and Trademark Office**   Reg. No. 1,721,365
Registered Oct. 6, 1992

## TRADEMARK
### PRINCIPAL REGISTER

**TOYOTA**

ATTACHMENT / EXHIBIT _C_

TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, TOYOTA-CHO, TOYOTA-SHI
AICHI-KEN, JAPAN

FOR: PARTS AND COMPONENTS MADE OF METAL FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, WHEEL CHOCKS FOR LAND VEHICLES, LOCK CYLINDER AND KEY SETS, KEY BLANKS, CYLINDER HEAD GASKETS FOR INTERNAL COMBUSTION ENGINES, BOLTS, NUTS, WASHERS, PULLEYS, BRACKETS, SHROUDS, SPACERS, RIVETS, SCREWS, METALLIC PLATES, CLIPS, PLUGS, TUBING, SPRINGS, ELBOWS FOR PIPING AND TUBING, MOTION LIMITING STOPS, COTTER PINS, SHAFT PINS, SHAFTS, HOUSINGS, COVERS, HANGERS, CLAMPS, SUPPORTS, BAFFLES, SNAP RINGS, SHAFT KEYS, COLLARS, GROMMETS, UNIONS, SHIMS, TURNBUCKLES, DRAIN COCKS, GREASE FITTINGS, IN CLASS 6 (U.S. CLS. 13 AND 25).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, WINCHES, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; WINCH KITS; ALTERNATORS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; WINCH KITS; ALTERNATORS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; GENERATORS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; STARTER PARTS AND COMPONENTS; NAMELY, CLUTCH ASSEMBLIES AND PARTS THEREOF; HOUSING ASSEMBLIES AND PARTS THEREOF; IGNITION PARTS FOR INTERNAL COMBUSTION ENGINES; NAMELY, GLOW PLUGS, CABLES, SPARK PLUGS, COILS, POINTS, CONDENSERS, ROTORS, DISTRIBUTORS AND PARTS THEREOF, DISTRIBUTOR CAPS, VACUUM ADVANCES; INTERNAL COMBUSTION ENGINE PARTS; NAMELY, PISTONS, PISTON SETS, PISTON RINGS, PISTON RING SETS, PISTON CONNECTING ROD SUBASSEMBLIES AND PARTS THEREOF, PISTON SUBASSEMBLIES WITH PINS, INTAKE VALVES, EXHAUST VALVES; CARBURETORS AND PARTS THEREOF AND MOUNTING HARDWARE THEREFOR; THROTTLE LINKAGE PARTS; IDLE ADJUSTMENT PARTS; FUEL INJECTION PUMPS AND PARTS THEREOF AND HOUSING THEREFOR; THROTTLE BODY ASSEMBLIES AND PARTS THEREOF; TURBOCHARGER ASSEMBLIES, FUEL INJECTOR ASSEMBLIES, TUNE-UP KITS, CARBURETOR KITS, CHOKE CONTROL KITS, ROTOR KITS, IGNITION KITS, GOVERNOR COVERS, JOURNAL BEARINGS, THRUST BEARINGS, ROLLER BEARINGS, BALL BEARINGS, BUSHINGS; COMPRESSORS FOR AIR CONDITIONERS AND PARTS THEREOF; COMPRESSOR CLUTCHES AND PARTS THEREOF, IN CLASS 7 (U.S. CLS. 19, 21, 23 AND 24).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

2                 1,721,365

FOR: HAND TOOLS; NAMELY, BODY COMPRESSORS FOR MOTOR VEHICLES, WHEEL LUG WRENCHES, FUSE PULLERS, SCREWDRIVERS, EXTENSION BARS, PLIERS, HAMMERS, OFFSET WRENCHES, HUB NUT WRENCHES, SOCKET WRENCHES, SPARK PLUG WRENCHES, WRENCHES; HAND OPERATED LIFTING JACKS FOR LAND VEHICLES, AND PARTS THEREOF, AND CARRIERS THEREFOR, IN CLASS 8 (U.S. CL. 23).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, THERMOSTATIC VALVES, COMPUTERS AND COMPUTER ASSEMBLIES; SPEEDOMETER ASSEMBLIES, AND PARTS THEREOF, AND CABLES THEREFOR; SPEEDOMETER DRIVEN GEARS, SPEED SENSORS, COMBINATION METERS, TOTAL COUNTERS; TACHOMETER ASSEMBLIES AND PARTS THEREOF; OIL LEVEL GAUGES; FUEL GAUGE ASSEMBLIES AND RECEIVERS THEREFOR, TEMPERATURE GAUGE ASSEMBLIES AND RECEIVERS THEREFOR; AMMETER ASSEMBLIES; PRESSURE GAUGE ASSEMBLIES AND RECEIVERS THEREFOR; PRESSURE SWITCH ASSEMBLIES, VOLTAGE METER ASSEMBLIES, CLINOMETERS, AUDIO COMPONENTS FOR AUTOMOBILES; ANTENNAS, AND CORDS THEREFOR, AND MOUNTING HARDWARE THEREFOR; MICROPHONES; SPEAKERS, AND GRILLES THEREFOR, AND MOUNTING HARDWARE THEREFOR; SPEAKER KITS, TAPE PLAYERS, TAPE PLAYER KITS; RADIO RECEIVERS AND MOUNTING HARDWARE THEREFOR; RADIO RECEIVERS COMBINED WITH TAPE PLAYERS, GRAPHIC EQUALIZERS, AUDIO AMPLIFIERS, BATTERIES, ELECTRICAL CABLES, WIRING HARNESSES; STARTER PARTS AND COMPONENTS; NAMELY, YOKE ASSEMBLIES AND PARTS THEREOF, STARTER COILS, COMMUTATOR FRAME ASSEMBLIES AND PARTS THEREOF, BRUSHES, BRUSH HOLDER ASSEMBLIES AND PARTS THEREOF, STARTER SWITCH ASSEMBLIES, ARMATURE ASSEMBLIES AND PARTS THEREOF; ELECTRIC CURRENT RECTIFIERS, VOLTAGE REGULATORS, PREHEATING TIMERS, GLOW PLUG SENSORS, ELECTRICAL FUSES; ELECTRICAL FUSE BLOCKS AND COVERS THEREFOR; TURN SIGNAL SWITCH ASSEMBLIES; ELECTRICAL SWITCH ASSEMBLIES AND PARTS THEREOF; RHEOSTATS, FUEL REGULATORS, AIR FLOW METERS, ELECTRIC RELAYS, SOLENOID ASSEMBLIES, SOLENOID VALVES, AUTOMATIC CONTROL VALVES, TEMPERATURE SENSORS, FLUID PRESSURE SENSORS, FLUID LEVEL SENSORS, TACHOMETER INPUT SENSORS, THROTTLE POSITION SENSORS, OXYGEN SENSORS, KNOCK CONTROL SENSORS, MAGNET SWITCH ASSEMBLIES, SIGNAL GENERATORS; CIGARETTE LIGHTER ASSEMBLIES AND PARTS THEREFOR, IN CLASS 9 (U.S. CLS. 8, 21, 26, 32 AND 36).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, COOL BOXES, AND ACCESSORIES THEREFOR; ICE MAKER KITS; STOVES AND PARTS THEREOF; AIR CONDITIONING SYSTEMS; COMPONENTS AND PARTS OF AIR CONDITIONING SYSTEMS; NAMELY, COOLER/ACCESSORY ASSEMBLIES, COOLERS, CONDENSERS, COOLING FANS, EVAPORATORS, COOLING UNIT ASSEMBLIES, BLOWER MOTOR ASSEMBLIES AND PARTS THEREOF; AIR CONDITIONER KITS; PARTS AND COMPONENTS FOR CABIN HEATING AND VENTILATION; NAMELY, COWL PANEL SUBASSEMBLIES, COWL VENT DOORS, COWL VENT LOUVERS, AIR DUCT SCREENS, AIR DUCT ASSEMBLIES AND PARTS THEREOF, VENTILATION CONTROL ASSEMBLIES AND PARTS THEREOF, HEATER CONTROL ASSEMBLIES AND PARTS THEREOF, CONTROL CABLE SUBASSEMBLIES AND PARTS THEREOF, BLOWER ASSEMBLIES AND PARTS THEREOF, RADIATOR ASSEMBLIES AND PARTS THEREOF, HEATER CORES, REAR HEATERS AND ACCESSORIES THEREFOR, HEATER VALVE ASSEMBLIES; LAMP HOUSING ASSEMBLIES AND PARTS THEREOF; LAMPS; SEALED BEAM HOUSING ASSEMBLIES AND PARTS THEREOF; SEALED BEAMS, HEADLAMP KITS, FOG LAMP COVERS, LENS KITS, HEADLAMP DOORS, REAR WINDOW DEFOGGERS, IN CLASS 11 (U.S. CLS. 21, 31 AND 34).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, MAIN BODIES AND COMPONENTS THEREOF; REAR SHORT BODY ASSEMBLIES, REAR LONG BODY ASSEMBLIES; MOULDINGS, BEING BODY PARTS; RR L/ GUARD BODY ASSEMBLIES, SHORT L/ GUARD BED ASSEMBLIES, LONG L/GUARD BED ASSEMBLIES, LONG BED BODY ASSEMBLIES, SHORT BED BODIES, COMPLETE BED ASSEMBLIES; TAILGATES AND PARTS THEREOF, AND MOUNTING HARDWARE



3

THEREFOR; MIRRORS, AND ACTUATORS THEREFOR, AND MOUNTING HARDWARE THEREFOR, AND COVERS THEREFOR; CONSOLES AND PARTS THEREOF; TOP SHELLS; BODY DOOR ASSEMBLIES, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; INTERIOR TRIM PANELS AND PARTS THEREOF; SEAT ASSEMBLIES, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; SEAT COVERS, BODY PANELS, DECK LIDS, TRUNK PANELS, HOOD WINDOWS AND MOUNTING HARDWARE THEREFOR; WINDSHIELDS AND MOUNTING HARDWARE THEREFOR; FRAMES AND PARTS THEREOF; SPARE WHEEL CARRIERS AND PARTS THEREOF; BUMPERS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; RADIATOR GRILLES; ORNAMENTS; RADIATORS, AND PARTS THEREOF, AND CAPS THEREFOR; RADIATOR SUPPORT ASSEMBLIES AND PARTS THEREOF; RADIATOR BAFFLE ASSEMBLIES AND PARTS THEREOF; RADIATOR RESERVE TANKS AND PARTS THEREOF; HOOD FRONT PROTECTORS; LOCKS, AND PARTS THEREOF, AND RELEASES THEREFOR; SPLASH SHIELDS, STONE DEFLECTORS, INSTRUMENT PANELS, DASH PANELS, SAFETY PADS; GLOVE COMPARTMENT DOORS AND PARTS THEREOF; SILENCER PADS, ROOF RAILS, ROOF CHANNELS, BODY TRIM; SUNSHADE TRIM ASSEMBLIES AND PARTS THEREOF; LOUVERS; SLIDING ROOFS, AND PARTS THEREOF, AND MOUNTING HARDWARE THEREFOR; ROOF HEADLINING ASSEMBLIES AND PARTS THEREOF; REMOVABLE ROOFS AND MOUNTING HARDWARE THEREFOR; LUGGAGE COMPARTMENT COVERS; PACKAGE TRAYS AND PARTS THEREOF; TONNEAU COVERS AND HOLDERS THEREFOR; LUGGAGE COMPARTMENT DOORS AND PARTS THEREOF; LUGGAGE COMPARTMENT TRAYS, PARCEL COVERS, SAFETY BELT ASSEMBLIES; SEAT ADJUSTER ASSEMBLIES AND PARTS THEREOF; TABLES AND PARTS THEREOF; SUN VISOR ASSEMBLIES AND PARTS THEREOF; BATTERY CARRIERS AND PARTS THEREOF; LICENSE PLATE BRACKET ASSEMBLIES AND PARTS THEREOF; EMBLEMS; ORNAMENTS; SPOILER ASSEMBLIES, AND PARTS THEREOF, AND COVERS THEREFOR, AND PROTECTORS THEREFOR; FINISHERS; MUDGUARD ASSEMBLIES AND PARTS THEREOF; FUEL TANK ASSEMBLIES AND PARTS THEREOF; FUEL TANK COVER ASSEMBLIES, FUEL CAPS, FUEL EXPANSION TANKS, CHARCOAL CANISTERS, ENGINE BLOCK HEATERS, CARGO COVERS, VEHICLE COVERS, MASKS, CARGO SCREENS, ICE BOXES, AIR HORNS, STEERING WHEEL COVERS, FOOT RESTS; LUGGAGE BELT ASSEMBLIES AND HOLDERS THEREFOR; DECK BOARD ASSEMBLIES AND PARTS THEREOF; SEAT MATS, SEAT CUSHION SHIELDS, ASH RECEPTACLES, FOOT PEDALS; FOOT PEDAL LINKAGE ASSEMBLIES AND PARTS THEREOF; FOOT PEDAL CABLE ASSEMBLIES AND PARTS THEREOF; AUTOMATIC DRIVE CABLE ASSEMBLIES, CHOKE CABLE ASSEMBLIES, CHOKE ROD ASSEMBLIES, CHOKE OPENERS, BREAKERS; WATER PUMPS AND PARTS THEREOF; OIL COOLER ASSEMBLIES AND PARTS THEREOF; ENGINE COOLING FANS AND SHROUDS THEREFOR; TRIM RINGS; TRANSAXLES AND PARTS THEREOF; TORQUE CONVERTERS AND PARTS THEREOF; TRANSMISSIONS AND PARTS THEREOF; SHIFT ASSEMBLIES AND PARTS THEREOF; TRANSFER ASSEMBLIES AND PARTS THEREOF; DIFFERENTIAL CARRIER ASSEMBLIES, DIFFERENTIALS AND PARTS THEREOF; AXLE HOUSING ASSEMBLIES AND PARTS THEREOF; DRIVE SHAFT ASSEMBLIES AND PARTS THEREOF; BRAKE DRUMS, WHEEL HUBS, DISC WHEELS, WHEEL CAPS, HUB CAPS, WHEEL COVERS, WHEEL CAP RINGS; CLUTCH PARTS; NAMELY, HOUSINGS, COVERS, FORKS, PRESSURE PLATES, RELEASE BEARINGS, DISCS, PEDAL ASSEMBLIES AND PARTS THEREOF, CABLES, CYLINDERS AND PARTS THEREOF; BRAKE PARTS; NAMELY, CALIPER ASSEMBLIES AND PARTS THEREOF, PADS, PAD WEAR INDICATING ASSEMBLIES AND PARTS THEREOF, SHOES AND PARTS THEREOF AND LINING THEREFOR, PEDAL ASSEMBLIES AND PARTS THEREOF, CYLINDERS, BOOSTERS AND PARTS THEREOF, PROPORTIONING VALVE ASSEMBLIES, PARKING BRAKE ASSEMBLIES AND PARTS THEREOF; STEERING SYSTEM COMPONENTS; NAMELY, STEERING WHEELS AND PARTS THEREOF, STEERING COLUMN ASSEMBLIES AND PARTS THEREOF, STEERING WHEEL TILTING ASSEMBLIES AND PARTS THEREOF, TIE ROD ASSEMBLIES AND PARTS THEREOF, IDLER ARM ASSEMBLIES AND PARTS THEREOF, WORM ASSEMBLIES AND PARTS THEREOF, STEERING RACKS AND RACK ASSEMBLIES, STEERING PINIONS, BALL JOINT ASSEMBLIES AND PARTS THEREOF, STEERING KNUCKLES AND PARTS THEREOF, VALVE ASSEMBLIES AND PARTS THEREOF, PUMPS AND PARTS THEREOF; OIL RESERVOIRS AND PARTS

4                                                                1,721,365

THEREOF; SUSPENSION COMPONENTS; NAMELY, ARM ASSEMBLIES AND PARTS THEREOF, SPRING ASSEMBLIES AND PARTS THEREOF, SHOCK ABSORBER ASSEMBLIES AND PARTS THEREOF INCLUDING SHOCK ABSORBERS AND STRUT CARTRIDGES, STABILIZER BARS; ENGINE ASSEMBLIES, SHORT BLOCK ASSEMBLIES, PARTIAL ENGINE ASSEMBLIES, CYLINDER HEAD ASSEMBLIES; ENGINE PARTS AND COMPONENTS; NAMELY, CYLINDER HEADS, CYLINDER HEAD HOUSINGS, CYLINDER HEAD COVER SUBASSEMBLIES AND PARTS THEREOF, VALVE SEATS, VALVE GUIDES, VALVE LIFTERS, VALVE PUSH RODS, ROCKER ARM ASSEMBLIES AND PARTS THEREOF, ENGINE BLOCKS, CRANKSHAFTS, CAMSHAFTS, CAMSHAFT HOUSINGS, COMBUSTION CHAMBERS, CYLINDER LINERS, CONNECTING RODS, FLYWHEEL SUB-ASSEMBLIES AND PARTS THEREOF, OIL PUMPS AND PARTS THEREOF; OIL FILTERS AND HOLDERS THEREFOR; TIMING GEAR CASE SUB-ASSEMBLIES AND PARTS THEREOF; TIMING CHAINS, TIMING BELTS, TIMING GEARS, TIMING SPROCKETS, TIMING TENSIONERS, TIMING VIBRATION DAMPERS, FLYWHEEL COVERS, OIL PANS, OIL FILLER CAPS, POSITIVE CRANKCASE VENTILATION VALVES, ENGINE-DRIVEN BELTS; CATALYTIC CONVERTERS AND MOUNTING HARDWARE THEREFOR; ENGINE EXHAUST MANIFOLDS; EXHAUST PIPES AND MOUNTING HARDWARE THEREFOR; TAIL PIPES AND MOUNTING HARDWARE THEREFOR AND BAFFLES THEREFOR; MUFFLERS AND MOUNTING HARDWARE THEREFOR; FUEL PUMPS AND PARTS THEREOF; FUEL FILTER ELEMENTS AND HOLDERS THEREFOR; ENGINE INTAKE MANIFOLDS, ENGINE INTAKE AIR VALVE ASSEMBLIES, ENGINE INTAKE INJECTION MANIFOLDS; AIR PUMPS AND PARTS THEREOF; ENGINE VACUUM SWITCH VALVE ASSEMBLIES; AIR CLEANER ELEMENTS AND HOLDERS THEREFOR; TRANSMISSION OVERHAUL KITS, STRIPES KITS, TIMING KITS, BEARING KITS, MUDGUARD KITS, PANEL KITS, WORM KITS FOR POWER STEERING, WATER PUMP KITS, WATER PUMP ROTOR KITS, FUEL PUMP KITS, HYDRUALIC CYLINDER KITS, TRANSAXLE OVERHUAL KITS, BOOSTER KITS, CYLINDER KITS, CUP KITS, SPRING KITS, SHACKLE KITS, PIN KITS, SHAFT KITS, SHOCK ABSORBER KITS, BRAKE PAD KITS, BRAKE SHOE KITS, THEFT KITS, BUMPER KITS, GRAVEL SHIELD KITS, DRIVELINE SHUDDER KITS; DROP HITCH RECEIVERS AND BRACKETS THEREFOR; TUBE HITCHES, MOTOR/PUMP ASSEMBLIES, INTAKE AIR SURGE TANKS; VACUUM PUMPS AND PARTS THEREOF; COOLING UNIT ASSEMBLIES, AIR SWITCH VALVE ASSEMBLIES, JOINT SHAFT ASSEMBLIES; FLOOR PAN ASSEMBLIES AND PARTS THEREOF; GARNISHES, COVER RETRACTOR ASSEMBLIES, COVER TOPS; TURN SIGNAL FLASHER ASSEMBLIES AND PARTS THEREOF; WIPER MOTOR/LINK ASSEMBLIES AND PARTS THEREOF; WIPER ARM/BLADE ASSEMBLIES AND PARTS THEREOF; WINDSHIELD WASHERS AND PARTS THEREOF; MOTOR ASSEMBLIES AND PARTS THEREOF FOR OPERATING MOVABLE VEHICLE BODY COMPONENTS; ELECTRIC HORNS, ELECTRIC BUZZERS, VACUUM SPEED CONTROL PUMP ASSEMBLIES, TOW HITCHES, RACKS FOR CARRYING ITEMS; STARTER ASSEMBLIES AND HOUSING THEREFOR; FITTED COVERS FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23 AND 25).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, CLOCKS AND PARTS THEREOF, IN CLASS 14 (U.S. CL. 27).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, GASKETS, GASKET KITS, BOOTS, BOOT KITS, SEALS, TUBING, O-RINGS, DIAPHRAGMS, THERMAL INSULATORS, HOSES, PLASTIC KNOBS, PACKING COIL, IN CLASS 17 (U.S. CLS. 1 AND 35).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, CURTAINS, DRAPERIES, IN CLASS 24 (U.S. CL. 42).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

FOR: PARTS AND COMPONENTS FOR AUTOMOBILES, TRUCKS, AND AUTOMOTIVE VANS; NAMELY, FLOOR MATS, CARPETS, IN CLASS 27 (U.S. CLS. 19, 42 AND 50).

FIRST USE 4-1-1958; IN COMMERCE 4-1-1958.

OWNER OF U.S. REG. NOS. 843,137, 1,518,813 AND OTHERS.

THE ENGLISH TRANSLATION OF "TOYOTA" IS "RICHFIELD".

SER. NO. 74-138,525, FILED 2-12-1991.

PATRICK, LEVY, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**   Reg. No. 1,797,716
Registered Oct. 12, 1993

## TRADEMARK
### PRINCIPAL REGISTER

ATTACHMENT / EXHIBIT ___



TOYOTA JIDOSHA KABUSHIKI KAISHA (JAPAN CORPORATION), TA TOYOTA MOTOR CORPORATION
1, TOYOTA-CHO
TOYOTA-SHI, AICHI-KEN, JAPAN

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREOF, IN CLASS 12 (U.S. CL. 19).
PRIORITY CLAIMED UNDER SEC. 44(D) ON JAPAN APPLICATION NO. HEI-1-39609, FILED 4-7-1989, REG. NO. 2478967, DATED 11-30-1992, EXPIRES 11-30-2002.

THE MARK CONSISTS OF A STYLIZED DEPICTION OF THE LETTER "T".

SER. NO. 73-825,666, FILED 9-15-1989.

HENRY S. ZAK, EXAMINING ATTORNEY

ATTACHMENT / EXHIBIT ___E___





JS 44
(Rev. 12/96)

# CIVIL COVER SHEET  00-06196

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV- DIMITROULEAS

### I. (a) PLAINTIFFS
TOYOTA MOTOR SALES, U.S.A., INC.

### DEFENDANTS
CHARLES WHITTMAN d/b/a SEATCOVER OUTLET and ANNA WHITTMAN d/b/a SEATCOVER OUTLET

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Orange Co., CA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

A-Broward 00-0-06196 WPD  Johnson

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Stanley A. Beiley, Esq.
Sacher, Zelman, et al.  (305) 371-8797
1401 Brickell Ave., Miami, FL 33131

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers Liability | | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | | A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | |
| | | B☐ 555 Prison Condition | | | |

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Federal Trademark Act, 60 Stat. 427, 15 U.S.C. Sec. 1051, et seq. Defendants are charged with violating and diluting Plaintiff's trademark and unfairly competing with Plaintiff

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☒ NO

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE ___   DOCKET NUMBER ___

DATE   February 7, 2000
SIGNATURE OF ATTORNEY OF RECORD
*Stanley A. Beiley*
Stanley A. Beiley, Esq.

**FOR OFFICE USE ONLY**

$150.00  816648

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___