AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern ——— **DISTRICT OF** ——— Florida

FORT LAUDERDALE DIVISION

TOYOTA MOTOR SALES, U.S.A., INC.,
a California corporation,

**V.**

CHARLES WHITTMAN d/b/a SEATCOVER OUTLET
and ANNA WHITTMAN d/b/a SEATCOVER OUTLET.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **00-06196**

**CIV - DIMITROULEAS**

**MAGISTRATE JUDGE JOHNSON**

TO: (Name and address of defendant)

**ANNA WHITTMAN d/b/a SEATCOVER OUTLET**
534 S. State Road 7
Plantation, FL 33317

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley A. Beiley, Esq.
Sacher, Zelman, Van Sant, Paul, Beiley, Hartman & Waldman, P.
1401 Brickell Avenue
Suite 700
Miami, FL 33131

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Clarence Maddox**

CLERK

(BY) DEPUTY CLERK

FEB 8 2000

DATE