UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6196-CIV-DIMITROULEAS

TOYOTA MOTOR SALES, U.S.A., INC.,
(a California corporation)
19001 South Western Avenue
Torrance, California 90509

    Plaintiff,

vs.

CHARLES WHITTMAN
(a Florida resident)
doing business as SEATCOVER OUTLET
534 South State Road 7
Plantation, Florida 33317

and

ANNA WHITTMAN
(a Florida resident)
doing business as SEATCOVER OUTLET
534 South State Road 7
Plantation, Florida 33317

    Defendants.
_____/



FILED by _____ D.C.

FEB 09 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER REQUIRING COUNSEL TO MEET
## & FILE JOINT SCHEDULING REPORT

THIS ORDER has been entered upon the filing of the complaint. Plaintiff's counsel is hereby ORDERED to forward to all defendants, upon receipt of a responsive pleading, a copy of this order.

It is further ORDERED:

1. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure.



2. Counsel for the parties shall hold a **scheduling conference** within twenty (20) days after the filing of the first responsive pleading by the last responding defendant, or within sixty (60) days after the filing of the complaint, whichever occurs first. See Local Rule 16.1(B).

3. Within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report **shall indicate the proposed month and year for the trial** plus the estimated number of trial days required. Counsel shall also provide stamped envelopes addressed to all counsel of record.

Failure of counsel to file a joint scheduling report may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

DONE AND SIGNED in Chambers at Fort Lauderdale, Florida, this ___9___ day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Stanley A. Beiley, Esquire
1401 Brickell Avenue
Suite 700
Miami, FL 33131