# United States District Court

__Southern__ DISTRICT OF __Florida__

FORT LAUDERDALE DIVISION

TOYOTA MOTOR SALES, U.S.A., INC.,
a California corporation,

V.

CHARLES WHITTMAN d/b/a SEATCOVER OUTLET
and ANNA WHITTMAN d/b/a SEATCOVER OUTLET.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

00-06196

TO: (Name and address of defendant)
CHARLES WHITTMAN d/b/a SEATCOVER OUTLET
534 S. State Road 7
Plantation, FL 33317

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley A. Beiley, Esq.
Sacher, Zelman, Van Sant, Paul, Beiley, Hartman & Waldman, P.
1401 Brickell Avenue
Suite 700
Miami, FL 33131

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox                                            FEB  8 2000

_____                                      _____
CLERK                                                      DATE

_____
(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 00-6196-CIV-DIMITROU

Plaintiff:
**TOYOTA MOTOR SALES, U.S.A., INC.,**

vs.

Defendant:
**CHARLES WHITTMAN d/b/a SEATCOVER OUTLET, et al.,**

For:
Stanley A. Beiley, Esquire
HORNSBY SACHER, et al.,
1401 Brickell Avenue
Suite 700
Miami FL 33131

Received by CIVIL PROCESS PLUS, INC. on the 8th day of February, 2000 at 5:00 pm to be served on
**CHARLES WHITTMAN D/B/A SEATCOVER OUTLET, 534 S. STATE ROAD 7, PLANTATION, FLORIDA.**

I, Esteban Valdes, being duly sworn, depose and say that on the **9th day of February, 2000** at **2:35 pm, I:**

**SUBSTITUTE SERVED this Summons and Complaint** on ANNA WHITTMAN as SPOUSE of the within named defendant under Florida Statute 48.31 (1)(a) or under 48.31(2)(a) at the address listed herein.

I am over the age of eighteen, and have no interest in the above action.

_____
**Esteban Valdes**
S.A.P.S. #417

**CIVIL PROCESS PLUS, INC.**
**600 Brickell Avenue**
**Suite 203-A**
**Miami, FL  33131**
**(305) 375-9111**
Our Job Serial Number: 2000003619
Ref. Number: 01859

Subscribed and Sworn to before me on the 10th day of February, 2000 by the affiant who is personally known to me.

_____
NOTARY PUBLIC Jeannette Lopez
Commission # CC 866469
Expires Aug. 26, 2003
Bonded Thru
Atlantic Bonding Co., Inc.

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3f