IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| TOYOTA MOTOR SALES, U.S.A., INC. )<br>(a California corporation) )<br>19001 South Western Avenue )<br>Torrance, California 90509 )<br> )<br>      Plaintiff )<br> )<br>vs. )<br> )<br>CHARLES WITTMAN )<br>(a Florida resident) )<br>doing business as SEATCOVER OUTLET )<br>534 South State Road 7 )<br>Plantation, Florida 33317 )<br> )<br>      and )<br> )<br>ANNA WITTMAN )<br>(a Florida resident) )<br>doing business as SEATCOVER OUTLET )<br>534 South State Road 7 )<br>Plantation, Florida 33317 )<br> )<br>      Defendants ) | FILED by _____ D.C.<br>MAR 06 2000<br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. FT. LAUD.<br><br>Civil Action No. 00-06196<br><br>Judge Dimitrouleas<br><br>Magistrate Judge Johnson |

### FINAL JUDGMENT

There being no genuine issues of fact or law in dispute among the parties; all matters in this civil action having been settled; and this action being in condition for entry of Final Judgment herein, it is

ORDERED, ADJUDGED AND DECREED that:

(1)    This Court has jurisdiction of the subject matter and the parties under § 39 of the Federal trademark Act, 15 U.S.C. § 1121, and the Judicial code, 28 U.S.C. §§ 1331 and 1332(a) and (c), 1338 and 1367.



(2) Plaintiff and its corporate parent Toyota Motor Corporation have the exclusive right to use the trademark TOYOTA and the Stylized T Design trademark in the United States for automobiles and in the distribution and sale of automobiles and related products. Plaintiff's corporate parent Toyota Motor Corporation is the owner of, *inter alia*, United States Registration Nos. 843,138, 1,274,261, 1,721,365 and 1,797,716 of said marks.

(3) The trademark TOYOTA, the Stylized T Design trademark and Registration Nos. 843,138, 1,274,261, 1,721,365 and 1,797,716 of said marks are each valid and subsisting.

(4) Defendants' use of the trademark TOYOTA and Stylized T Design trademark in connection with the manufacturing, offering for sale, distribution and/or sale of seat covers, floor mats, license plate frames and license plates is likely to cause confusion as to the source, origin or sponsorship of such goods and services and therefore constitutes trademark infringement, unfair competition and trademark dilution.

(5) Defendants and each of their respective agents, employees, servants, successors and assigns, and all others in privity or acting in concert therewith, are hereby permanently enjoined from:

(a) Using any infringing reproduction of the trademark TOYOTA and/or the Stylized T Design trademark, or any other reproduction, counterfeit, copy or colorable imitation of those trademarks, in any manner which misleads, confuses or deceives or is likely to mislead, confuse or deceive the public;

(b) Otherwise infringing or diluting the distinctive quality of the trademark TOYOTA, identified in United States Registration Nos. 843,138, 1,274,261 and 1,721,365, and the Stylized T Design trademark, identified in United States Registration No. 1,797,716; and

(c) Competing unfairly with Plaintiff, engaging in deceptive trade practices or otherwise injuring Plaintiff's business reputation.

(6) Defendants shall pay to Plaintiff as damages the sum of Five Thousand Dollars ($5,000.00).

(7) All claims pleaded by Plaintiff against Defendants, except Plaintiff's claim for injunctive relief and damages granted by ¶¶ 5 and 6 hereof, are hereby dismissed with prejudice, with each of the parties to bear its own costs and attorneys' fees.

(8) This Final Judgment shall be binding upon Plaintiff and Defendants and their each of their respective officers, agents, servants, employees, attorneys, and successors and assigns, and upon those persons in active concert or participation with them who receive actual notice thereof by personal service or otherwise.

(9) In accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Commissioner of Patents and Trademarks of the entry of this Final Judgment who shall enter it upon the records of the Patent and Trademark Office.

10) The Clerk may close this case.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of _____ 2000.

_____
United States District Judge

Plaintiff and Defendants, through their respective undersigned counsel, hereby consent to the entry of the foregoing Final Judgment and waive any and all right of appeal.

TOYOTA MOTOR SALES, U.S.A., INC.               CHARLES and ANNA WITTMAN

By: _____                     By: _____
Alan S. Cooper                                     John H. Oltman
Eric T. Fingerhut                                  Oltman, Flynn and Kubler
P.L. Skip Singleton, Jr.                           415 Galleria Professional Bldg.
Shaw Pittman                                       915 Middle River Drive
2300 N Street, N.W.                                Fort Lauderdale, FL 33304-3585
Washington, D.C. 20016                             (954) 563-4814
(202) 663-8000